In the Matter of the Transfer Tax upon the Estate of CORNELIA P. LOWELL, Deceased.

STATE TAX COMMISSION, Appellant and Respondent; WALTER C. BAYLIES et al., as Executors, Respondents and Appellants.

*Tax — transfer tax — estate of non-resident decedent — assets consisting of bonds of New York corporation not physically present in this State not taxable here.*

*Matter of Lowell (Estate)*, 208 App. Div. 201, affirmed.

(Argued October 3, 1924; decided October 21, 1924.)

APPEAL, by State Tax Commission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1924, which reversed an order of the New York County Surrogate's Court, in so far as. it assessed a transfer tax upon assets consisting of bonds of a New York corporation which at the time of the death of decedent, a non-resident, were in another State. Appeal by executors from so much of said order as awards costs to · the State Tax Commission payable out of the estate.

*Seth T. Cole* and *Charles A. Curtin* for State Tax Commission, appellant and respondent.

*Joseph F. McCloy, Thomas A. S. Beattie* and *Heber Smith*, for executors, respondents and appellants.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.